IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANTHONY WASHINGTON, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 07-3462 |
| JEFFREY BEARD, Commissioner, | : | |
| Pennsylvania Department of | : | THIS IS A CAPITAL CASE |
| Corrections, et al., | : | |
| Respondents. | : | |

## O R D E R

**AND NOW**, this 16th day of January 2015, it is **ORDERED** that Anthony Washington's Petition for Writ of Habeas Corpus (Doc. No. 9) is **GRANTED**, as explained in the accompanying opinion. Accordingly, the petitioner's conviction and sentence are **VACATED**. The petitioner shall be released from custody (subject to any detainers) unless a retrial by the Commonwealth has commenced **on or before May 15, 2015**, which is 120 days after this Order.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.